IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-191-RJC-DCK

| ANDREW O'DARIUS ROLLINSON, et al., | ) | |
|---|---|---|
| Plaintiffs, | ) | **ORDER** |
| v. | ) | |
| TOP TIER SOLAR SOLUTIONS, LLC, et al., | ) | |
| Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiffs' Unopposed Motion To Stay Defendants' Deadline To Answer Until Rule 59(e) Reconsideration Is Resolved" (Document No. 53) filed October 23, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting that it is unopposed, the undersigned will grant the motion.

By the instant motion, *pro se* Plaintiffs request "a stay of Defendants' deadline to answer the current Amended Complaint (Doc. No. 12)." (Document No. 53, p. 1); see also (Document No. 50). Plaintiffs have filed a "Motion For Reconsideration..." (Document No. 51) that asks Judge Conrad to reconsider his "Order" (Document No. 48). Plaintiffs now seek to delay Defendants' Answer to the "Amended Complaint" (Document No. 12) until the Judge Conrad issues a decision on Plaintiffs' "Motion For Reconsideration..." (Document No. 51).

**IT IS, THEREFORE, ORDERED** that "Plaintiffs' Unopposed Motion To Stay Defendants' Deadline To Answer Until Rule 59(e) Reconsideration Is Resolved" (Document No. 53) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants shall file an Answer to the "Amended Complaint" (Document No. 12) within **ten (10) days** of the Court's Order on Plaintiffs' "Motion For Reconsideration..." (Document No. 51), unless otherwise ordered by the Court.

**IT IS FURTHER ORDERED** that Plaintiffs shall file a reply brief in support of their "Motion For Reconsideration..." (Document No. 51) on or before **October 29, 2024**.

**SO ORDERED**.

Signed: October 24, 2024

David C. Keesler
United States Magistrate Judge